UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOTUS HYGIENE SYSTEMS INC., <br><br>                        Plaintiff, <br><br>vs. <br><br>FLOTERA, a business entity of unknown form; KBL DESIGN, a business entity of unknown form; and DOES ONE through TEN, <br><br>                        Defendants. | Case No.: CV-08-00422 R FMOX <br><br> STIPULATION AND ORDER FOR PERMANENT INJUNCTION |

      Plaintiff Lotus Hygiene Systems Inc. and defendant Annic Corporation d/b/a Flotera and KBL Home Design, sued as Flotera, a business entity of unknown form and KBL Design, a business entity of unknown form ("Defendant"), have settled this action on terms agreeable to all parties.

      Now, therefore, pursuant to the Settlement Agreement entered into by the parties on September 17, 2008, the parties request the Court to enter this Order.

      IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

      1.    Defendant, and its agents, servants, attorneys and employees, and all persons in active concert or participation with it, are hereby permanently enjoined from any use in commerce of the trademark "LOTUS", any translation of "LOTUS" and/or any substantially similar name or mark.

2. The Court shall retain jurisdiction to enforce this STIPULATION AND ORDER FOR PERMANENT INJUNCTION, as well as the underlying Settlement Agreement.

IT IS SO ORDERED.

DATED: October 9, 2008        _____

UNITED STATES DISTRICT COURT

Stipulated and Agreed to by:

DATED: _____        Lotus Hygiene Systems Inc.

By:_____
Sean Liu, President

DATED:_____        Law Offices of Li & Associates

By:_____
Aijun Zhang
Attorney for Plaintiff Lotus Hygiene Systems Inc.

DATED: _____        Annic Corporation d/b/a Flotera and KBL Home Design

By: _____
Eddie Tan, Manager

DATED: _____        Jeffrey L. Melczer, Esq.

By: _____
Jeffrey L. Melczer
Attorney for Defendant Annic Corporation d/b/a Flotera and KBL Home Design